UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

   v.                                         **Case No. 20-CR-235**

**LEGERALD BOYD**
        **Defendant.**

## ORDER

**IT IS ORDERED** that the magistrate judge's recommendation (R. 31) is adopted, and defendant's guilty plea is accepted. Pursuant to § 15002(b)(2) of the CARES Act, the court finds that it was appropriate to conduct the Rule 11 colloquy via video-teleconferencing because the matter could not be further delayed without serious harm to the interests of justice.

**IT IS FURTHER ORDERED** that the probation office prepare a pre-sentence report.

**FINALLY, IT IS ORDERED** that the matter is scheduled for **SENTENCING** on **Tuesday, November 9, 2021, at 10:30 a.m.** The parties shall file any sentencing motions, memoranda, or other materials (such as letters) on or before **November 2, 2021**.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2021.

                                          /s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge